Certificate Number: 05781-IAN-DE-041440214

Bankruptcy Case Number: 26-00728

05781-IAN-DE-041440214

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 14, 2026, at 7:10 o'clock AM PDT, Alisea Peters completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date: September 14, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

SEP 16 2026

Clerk of Court

By: [signature]
Deputy